

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-18-00805-CV

**IN THE INTEREST OF E.M.T.**, et al., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00191
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ordered that no costs of appeal are taxed against appellant.

SIGNED March 27, 2019.

_____
Rebeca C. Martinez, Justice